# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>JOSE CASTRO-FELIX, ANABEL ENRIQUEZ-PEREA,<br><br>                Defendants. | Case No. 2:20-cr-228-APG-BNW<br><br>**ORDER DENYING STIPULATION TO CONTINUE TRIAL DATES**<br><br>[ECF No. 74] |

    Defendant Anabel Enriquez-Perea and the Government filed a stipulation to continue her change of plea hearing and the trial dates. ECF No. 74. The stipulation was not signed by defendant Jose Castro-Felix, even though he will be tried with Enriquez-Perea. Therefore, I will not approve this stipulation. If all affected parties sign the stipulation, I likely will grant it. Otherwise, a motion to continue must be filed so the other parties can oppose if they choose to.

    I THEREFORE ORDER that the stipulation to continue change of plea hearing and trial dates **(ECF No. 74) is denied without prejudice**.

    DATED THIS 17th day of September, 2021.

                                              _____
                                              Andrew P. Gordon
                                              United States District Judge