KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
Nevada Bar No. 4240
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone: (702) 678-6700
Facsimile: (702) 678-6767
E-Mail: advocate@kconnollylawyers.com
*Attorney for Defendant, Anabel Enriquez-Perea*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ENRIQUEZ-PEREA,<br><br>Defendants. | CASE NO.: 2:20-cr-00228-APG-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Edward J. Veronda, Assistant United States Attorney, counsel for the United States of America, and Karen A. Connolly, counsel for Anabel Enriquez-Perea:

That the Sentencing Hearing currently scheduled for Anabel Enriquez-Perea on April 6, 2022, be vacated and continued no less than 45 days, to a date and time convenient to the Court, prior to June 9, 2022.

The Stipulation is entered into for the following reasons:

1.      Counsel for the defendant has a triple homicide capital murder trial in the Eighth Judicial District Court, Case No. C-18-330605-1, which is scheduled to begin April 11, 2022, and likely will continue through mid-May 2022.

2.      Counsel for the Government will be unavailable through most of June 2022.

3.      Defense counsel needs additional time to prepare for sentencing. The defendant is in custody and does not object to a continuance.

Stipulation and Order to Cont Sentencing (1st).wpd

1

4. The Government does not object to the continuance.

5. This is the first request for a continuance of the Sentencing Hearing.

Dated this 14th day of March, 2022.

| KAREN A. CONNOLLY, LTD | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| /s/ Karen A. Connolly<br>KAREN A. CONNOLLY<br>Counsel for Anabel Enriquez-Perea | */s/ Edward G. Veronda*<br>By: EDWARD G. VERONDA<br>Assistant United States Attorney |

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700   Facsimile: (702) 678-6767

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ENRIQUEZ-PEREA,<br><br>   Defendants. | CASE NO.: 2:20-cr-00228-APG-BNW<br><br>**ORDER** |

Upon the Stipulation of counsel, and good cause appearing,

IT IS HEREBY ORDERED that the Sentencing Hearing scheduled for Anabel Enriquez-Perea on April 6, 2022, be vacated and continued to June 7, 2022, at 1:30 p.m. in Courtroom 6C.

IT IS SO ORDERED.

Dated this 15th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Cont Sentencing (1st).wpd

3