KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
Nevada Bar No. 4240
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV  89146
Telephone:  (702) 678-6700
Facsimile:  (702) 678-6767
E-Mail:   advocate@kconnollylawyers.com
*Attorney for Defendant, Anabel Enriquez-Perea*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ENRIQUEZ-PEREA,<br><br>    Defendants. | CASE NO.: 2:20-cr-00228-APG-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Edward J. Veronda, Assistant United States Attorney, counsel for the United States of America, and Karen A. Connolly, counsel for Anabel Enriquez-Perea:

That the Sentencing Hearing currently scheduled for Anabel Enriquez-Perea on June 7, 2022, be vacated and continued to July 21, 2022 at 9:30AM.

The Stipulation is entered into for the following reasons:

1. Counsel for the Defendant will be out of the jurisdiction May 26th through June 6th.

2. Counsel for the Government will be out of the jurisdiction June 8th through June 25th.

3. Defense counsel needs additional time to prepare for sentencing. The Defendant is in custody and does not object to a continuance.

4. The Government does not object to the continuance.

/ / /

Stipulation and Order to Cont Sentencing (2nd).wpd

1

5. This is the second request for a continuance of the Sentencing Hearing.

Dated this 5th day of April, 2022.

| | |
|---|---|
| KAREN A. CONNOLLY, LTD | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Karen A. Connolly<br>KAREN A. CONNOLLY<br>Counsel for Anabel Enriquez-Perea | */s/ Edward G. Veronda*<br>By: EDWARD G. VERONDA<br>Assistant United States Attorney |

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700   Facsimile: (702) 678-6767

Stipulation and Order to Cont Sentencing (2nd).wpd

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:20-cr-00228-APG-BNW |
| Plaintiff, | |
| vs. | **ORDER** |
| ENRIQUEZ-PEREA, | |
| Defendants. | |

Upon the Stipulation of counsel, and good cause appearing,

IT IS HEREBY ORDERED that the Sentencing Hearing scheduled for Anabel Enriquez-Perea on June 7, 2022, be vacated and continued to July 21, 2022, at 9:30a.m..

IT IS SO ORDERED.

Dated this  6th   day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Cont Sentencing (2nd).wpd

3