KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
Nevada Bar No. 4240
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone: (702) 678-6700
Facsimile: (702) 678-6767
E-Mail: advocate@kconnollylawyers.com
*Attorney for Defendant, Anabel Enriquez-Perea*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

　　　　Plaintiff,

vs.

ENRIQUEZ-PEREA,

　　　　Defendants.

CASE NO.: 2:20-cr-00228-APG-BNW

**STIPULATION TO CONTINUE SENTENCING HEARING**
(Third Request)

　　IT IS STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Edward J. Veronda, Assistant United States Attorney, counsel for the United States of America, and Karen A. Connolly, counsel for Anabel Enriquez-Perea:

　　That the Sentencing Hearing currently scheduled for Anabel Enriquez-Perea on July 21, 2022, be vacated and continued to August 4, 2022 at 9:30AM.

　　The Stipulation is entered into for the following reasons:

　　1.　　Counsel for the Defendant and Government need additional time for compliance with Title 18 U.S.C. Section 3553(f)(5) and have encountered interpreter and scheduling conflicts.

　　2.　　Defense counsel is working with potential sentencing witnesses/experts and needs additional time to prepare for sentencing.

　　3.　　The Defendant is in custody and does not object to a continuance.

　　4.　　The Government does not object to the continuance.

/ / /

Stipulation and Order to Cont Sentencing (3rd).wpd

1

5. This is the third request for a continuance of the Sentencing Hearing.

Dated this 10th day of May, 2022.

| KAREN A. CONNOLLY, LTD | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| /s/ Karen A. Connolly<br>KAREN A. CONNOLLY<br>Counsel for Anabel Enriquez-Perea | /s/ Edward G. Veronda<br>By: EDWARD G. VERONDA<br>Assistant United States Attorney |

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700   Facsimile: (702) 678-6767

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ENRIQUEZ-PEREA,<br><br>　　　　　Defendants. | CASE NO.: 2:19-cr-00251-GMN-NJK<br><br>**ORDER** |

　　　Upon the Stipulation of counsel, and good cause appearing,

　　　IT IS HEREBY ORDERED that the Sentencing Hearing scheduled for Anabel Enriquez-Perea on July 21, 2022, be vacated and continued to August 4, 2022, at 9:30a.m..

　　　IT IS SO ORDERED.

　　　Dated this  11th  day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Cont Sentencing (3rd).wpd

3