KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
Nevada Bar No. 4240
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV  89146
Telephone:  (702) 678-6700
Facsimile:   (702) 678-6767
E-Mail:       advocate@kconnollylawyers.com
*Attorney for Defendant, Anabel Enriquez-Perea*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ENRIQUEZ-PEREA,<br><br>  Defendants. | CASE NO.: 2:20-cr-00228-APG-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fourth Request) |

IT IS STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Edward J. Veronda, Assistant United States Attorney, counsel for the United States of America, and Karen A. Connolly, counsel for Anabel Enriquez-Perea:

That the Sentencing Hearing currently scheduled for Anabel Enriquez-Perea on August 4, 2022, be vacated and continued to a date and time convenient to the Court.

The Stipulation is entered into for the following reasons:

1. Defendant complied with 18 U. S. C. § 3553(f)(5) on Tuesday July 5, 2022. In light thereof, counsel for the Defendant and Government are engaging in further discussions related to the case and request more time.

2. Leo Sanchez-Hernandez from the United States Department of Parole and Probation will not be in town on August 4, 2022. He also needs time to update the PSR given Defendant's proffer.

3. There are unique immigration issues related to defendant which need to be further explored by defense counsel.

Stipulation and Order to Cont Sentencing (4th).wpd

1

4. The Defendant is in custody and does not object to a continuance.

5. The Government does not object to the continuance.

6. This is the fourth request for a continuance of the Sentencing Hearing.

Dated this 11th day of July, 2022.

| KAREN A. CONNOLLY, LTD | CHRISTOPHER CHIOU |
|---|---|
| | Acting United States Attorney |
| /s/ Karen A. Connolly | /s/ Edward G. Veronda |
| KAREN A. CONNOLLY | By: EDWARD G. VERONDA |
| Counsel for Anabel Enriquez-Perea | Assistant United States Attorney |

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700   Facsimile: (702) 678-6767

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ENRIQUEZ-PEREA,<br><br>           Defendants. | CASE NO.: 2:19-cr-00251-GMN-NJK<br><br>**ORDER** |

    Upon the Stipulation of counsel, and good cause appearing,

    IT IS HEREBY ORDERED that the Sentencing Hearing scheduled for Anabel Enriquez-Perea on August 4, 2022, be vacated and continued to October 5, 2022, at 9:30 a.m. in Las Vegas Courtroom 6C.

    IT IS SO ORDERED.

    Dated this 12th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Cont Sentencing (4th).wpd

3