KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
Nevada Bar No. 4240
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV  89146
Telephone:  (702) 678-6700
Facsimile:   (702) 678-6767
E-Mail:      advocate@kconnollylawyers.com
*Attorney for Defendant, Anabel Enriquez-Perea*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ENRIQUEZ-PEREA,<br><br>  Defendants. | CASE NO.: 2:20-cr-00228-APG-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fifth Request) |

IT IS STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward J. Veronda, Assistant United States Attorney, counsel for the United States of America, and Karen A. Connolly, counsel for Anabel Enriquez-Perea:

That the Sentencing Hearing currently scheduled for Anabel Enriquez-Perea on October 5, 2022, be vacated and continued to a date and time convenient to the Court.

The Stipulation is entered into for the following reasons:

1. Defendant has complied with 18 U.S. C. § 3553(f)(5).

2. There have been recent developments causing defense counsel to reassess the posture of the case.  Defense counsel and the government remain in discussions relative to the case.

3. The Defendant is in custody and does not object to a continuance.

/ / /

/ / /

Stipulation and Order to Cont Sentencing (5th).wpd

1

4. The Government does not object to the continuance.

5. This is the fifth request for a continuance of the Sentencing Hearing.

Dated this 22th day of September, 2022.

| | |
|---|---|
| KAREN A. CONNOLLY, LTD | JASON M. FRIERSON<br>United States Attorney |
| /s/ Karen A. Connolly<br>KAREN A. CONNOLLY<br>Counsel for Anabel Enriquez-Perea | */s/ Edward G. Veronda*<br>By: EDWARD G. VERONDA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ENRIQUEZ-PEREA,<br><br>          Defendants. | CASE NO.: 2:19-cr-00251-GMN-NJK<br><br>**ORDER** |

Upon the Stipulation of counsel, and good cause appearing,

IT IS HEREBY ORDERED that the Sentencing Hearing scheduled for Anabel Enriquez-Perea on October 5, 2022, be vacated and continued to November 30, 2022, at 10:30 a.m. in Courtroom 6C.

IT IS SO ORDERED.

Dated this 26th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Cont Sentencing (5th).wpd

3