KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
Nevada Bar No. 4240
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV  89146
Telephone:  (702) 678-6700
Facsimile:   (702) 678-6767
E-Mail:       advocate@kconnollylawyers.com
*Attorney for Defendant, Anabel Enriquez-Perea*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ENRIQUEZ-PEREA,<br><br>                    Defendants. | CASE NO.: 2:20-cr-00228-APG-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Sixth Request) |

IT IS STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward J. Veronda, Assistant United States Attorney, counsel for the United States of America, and Karen A. Connolly, counsel for Anabel Enriquez-Perea:

That the Sentencing Hearing currently scheduled for Anabel Enriquez-Perea on November 30, 2022, be vacated and continued to a date and time convenient to the Court.

The Stipulation is entered into for the following reasons:

1. Defendant has complied with 18 U. S. C. § 3553(f)(5).

2. There have been more recent developments causing defense counsel to reassess the posture of the case.  Defense counsel and the government remain in discussions relative to the case.

3. That there is a voluminous amount of audio/video which has to be reviewed by an interpreter.  Funding for the same has just been approved.

4. The Defendant is in custody and does not object to a continuance.

5. The Government does not object to the continuance.

6. The parties request a continuance of no less than 30 days.

7. This is the fifth request for a continuance of the Sentencing Hearing.

Dated this 15th day of November, 2022.

| | |
|---|---|
| KAREN A. CONNOLLY, LTD | JASON M. FRIERSON<br>United States Attorney |
| /s/ Karen A. Connolly<br>KAREN A. CONNOLLY<br>Counsel for Anabel Enriquez-Perea | /s/ Edward G. Veronda<br>By: EDWARD G. VERONDA<br>Assistant United States Attorney |

Stipulation and Order to Cont Sentencing (6th).wpd

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ENRIQUEZ-PEREA,<br><br>        Defendants. | CASE NO.: 2:19-cr-00251-GMN-NJK<br><br>**ORDER** |

Upon the Stipulation of counsel, and good cause appearing,

IT IS HEREBY ORDERED that the Sentencing Hearing scheduled for Anabel Enriquez-Perea on November 30, 2022, be vacated and continued to January 17, 2023 at 10:00 a.m. in Courtroom 6C.

IT IS SO ORDERED.

Dated this 16th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Cont Sentencing (6th).wpd

3