KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
Nevada Bar No. 4240
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone: (702) 678-6700
Facsimile: (702) 678-6767
E-Mail: advocate@kconnollylawyers.com
*Attorney for Defendant, Anabel Enriquez-Perea*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO.: 2:20-cr-00228-APG-BNW |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | (Eighth Request) |
| ENRIQUEZ-PEREA, | |
| Defendants. | |

IT IS STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward J. Veronda, Assistant United States Attorney, counsel for the United States of America, and Karen A. Connolly, counsel for Anabel Enriquez-Perea:

That the Sentencing Hearing currently scheduled for Anabel Enriquez-Perea on March 22, 2023, be vacated and continued to a date and time convenient to the Court.

The Stipulation is entered into for the following reasons:

1. Defendant has complied with 18 U.S.C. § 3553(f)(5).

2. Defense counsel and the government remain in discussions relative to the case.

3. That there is a voluminous amount of audio/video (including 25 folders with various sub-folders and audio/video files) which remain to be reviewed and translated by a Spanish speaking paralegal.

4. The Defendant is in custody and does not object to a continuance.

Stipulation and Order to Cont Sentencing (8th).wpd

1

5. The Government does not object to the continuance.

6. The parties request a continuance of no less than 45 days.

7. This is the eighth request for a continuance of the Sentencing Hearing.

Dated this 7th day of March, 2023.

| | |
|---|---|
| KAREN A. CONNOLLY, LTD | JASON M. FRIERSON<br>United States Attorney |
| /s/ Karen A. Connolly<br>KAREN A. CONNOLLY<br>Counsel for Anabel Enriquez-Perea | /s/ Edward G. Veronda<br>By: EDWARD G. VERONDA<br>Assistant United States Attorney |

Stipulation and Order to Cont Sentencing (8th).wpd

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ENRIQUEZ-PEREA,

    Defendants.

CASE NO.: 2:20-cr-00228-APG-BNW

**ORDER**

Upon the Stipulation of counsel, and good cause appearing,

IT IS HEREBY ORDERED that the Sentencing Hearing scheduled for Anabel Enriquez-Perea on March 22, 2023, be vacated and continued to May 16, 2023 at 10:00 a.m. in Courtroom 6C.

IT IS SO ORDERED.

Dated this 8th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Cont Sentencing (8th).wpd

3