KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone:   (702) 678-6700
Facsimile:   (702) 678-6767
E-Mail:   advocate@kconnollylawyers.com
*Attorney for Anabel Enriquez-Perea*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ANABEL ENRIQUEZ-PEREA,<br><br>  Defendant. | CASE NO.: 2:20-cr-228-APG-MDC-2<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Anabel Enriquez-Perea, by and through her CJA counsel, Karen A. Connolly, hereby moves this Court to terminate Ms. Connolly's appointment and remove Ms. Connolly as her attorney of record. Further, Ms. Enriquez-Perea requests that Ms. Connolly be removed form the CM/ECF E-Notice List. Ms. Connolly was appointed under the Criminal Justice Act, 18 U.S.C. §3006(A)(a)(1)(e), on September 28, 2020 [ECF No. 22]. The Court issued a Judgment on May 25, 2023 [ECF No. 154]. Ms. Connolly therefore completed her appointed task and should be removed as attorney of record.

For the above reasons, Ms. Connolly's CJA appointment should be terminated, and she should be removed from the CM/ECF E-Notice List.

Respectfully submitted this 7th day of March, 2024.

**KAREN A. CONNOLLY, LTD.**

  */s/ Karen A. Connolly*
KAREN A. CONNOLLY
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone:   (702) 678-6700

IT IS SO ORDERED:

Dated: March 8, 2024

/ / /

Motion to Withdraw as Counsel.wpd

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE